No. 402. WILLARD B. BRYNE *v.* HELEN F. MARTELL, ADMINISTRATRIX, ETC. On petition for a writ of certiorari to the Superior Court of the State of Massachusetts. December 13, 1920. Dismissed for the want of prosecution. *Mr. James T. Lloyd* for petitioner. *Mr. Charles W. Darr* for respondent.

---

No. 446. RUBIE C. CONNOR ET AL. *v.* MENA KYLE ELLIOTT, AS EXECUTRIX, ETC. On petition for a writ of certiorari to the Supreme Court of the State of Florida. December 13, 1920. Dismissed for the want of prosecution. *Mr. William E. Richardson* for petitioners. *Mr. Benjamin Micou* for respondent.

---

No. 127. MORRIS ZUCKER *v.* UNITED STATES. Error to the District Court of the United States for the Eastern District of New York. December 13, 1920. Dismissed, pursuant to the sixteenth rule, on motion of *The Solicitor General* for the United States. *Mr. Louis B. Boudin* for plaintiff in error.